IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES GOLSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:05-cv-01677-UWC |
| | ) |
| U.S. PIPE, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment, (Doc. 12), is due to be granted. An appropriate order will be entered.

Done the 10th day of January, 2007.

U.W. Clemon
United States District Judge